UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN JARVIS JEROME PHILLIPS,

Plaintiff,

v.

WAYNE COUNTY, et al.,

Defendants.
_____________________________________/

Case No. 2:26-cv-10225

Honorable Susan K. DeClercq
United States District Judge

Honorable Curtis Ivy, Jr.
United States Magistrate Judge

**OPINION AND ORDER OVERRULING OBJECTIONS (ECF No. 61), ADOPTING REPORT AND RECOMMENDATION (ECF No. 58), AND DENYING PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF (ECF Nos. 3; 4; 44)**

This matter is before this Court on Plaintiff Justin Jarvis Jerome Phillips's objections to Magistrate Judge Curtis Ivy, Jr.'s, report recommending his motions for injunctive relief be denied. As explained below, this Court will overrule the objections, adopt the report and recommendation ("R&R") in full, and deny the pending motions for injunctive relief.

## I. BACKGROUND

Phillips alleges that in January 2026, he was "unlawfully detained, deprived of property, denied medical care, retaliated against, and subjected to punitive confinement" by Defendants while incarcerated. ECF No. 1 at PageID.50.

After his release, the state court ordered Phillips to complete 304 hours of community service, with a deferred sentence of thirty-eight days of incarceration. ECF No. 44 at PageID.440–41. Phillips alleges that during his incarceration, Defendants failed to provide constitutionally adequate healthcare, so he seeks injunctive relief in the event he fails to comply with the community service requirement and is again incarcerated. *Id.* at PageID.441–45.

On August 25, 2026, Magistrate Judge Ivy issued an R&R recommending all of Phillips's motions for injunctive relief be denied. ECF No. 58. Phillips now objects. ECF No. 61.

## II. LEGAL STANDARD

When a party objects to a magistrate judge's report, the court must review *de novo* those portions of the report to which the party has objected. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3). To that end, the court must review at least the evidence before the magistrate judge. *See Hill v. Duriron Co.*, 656 F.2d 1208, 1215 (6th Cir. 1981). After reviewing the evidence, the court "may accept, reject, or modify the" findings and recommendations. FED. R. CIV. P. 72(b)(3); *see also Peek v. Comm'r of Soc. Sec.*, 585 F. Supp. 3d 1014, 1017 (E.D. Mich. 2021). Moreover, the court may adopt the magistrate judge's report without specifying what it reviewed. *See Abousamra v. Kijakazi*, 656 F. Supp. 3d 701, 705 (E.D. Mich. 2023) (collecting cases).

## III. DISCUSSION

This Court has reviewed Phillips's Complaint, ECF No. 1; his motions for injunctive relief, ECF Nos. 3; 4; 44; Magistrate Judge Ivy's R&R, ECF No. 58; Phillips's objections, ECF No. 61; and Defendants' responses to those objections, ECF Nos. 64; 65.

Having conducted this *de novo* review, this Court concludes that Judge Ivy's factual conclusions are reasonably correct, that he applied the correct law, and that his legal reasoning is sound. That is, there is no clear error in Magistrate Judge Ivy's recommendation that Phillips's motions for injunctive relief be denied. It is abundantly clear that a hypothetical Eighth Amendment violation is far too speculative to entitle Phillips to injunctive relief at this stage.[1] Any other relief sought in that motion is also too speculative to entitle relief at this time. For these reasons, Phillips's objections will be overruled, and the R&R will be adopted in full.

## IV. CONCLUSION

Accordingly, it is **ORDERED** that Plaintiff's objections, ECF No. 61, are **OVERRULED**.

It is further **ORDERED** that the Report and Recommendation, ECF No. 58, is **ADOPTED IN FULL**.

[1] Phillips has abandoned the relief sought in his first motion—the return of $293. *See* ECF No. 61 at PageID.861.

It is further **ORDERED** that Plaintiff's motions for injunctive relief, ECF Nos. 3; 4; 44, are **DENIED**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: September 28, 2026